IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 21-cv-04992<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff DYSON TECHNOLOGY LIMITED ("DYSON") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and DYSON having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; DYSON having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that DYSON has provided a basis to conclude that Defaulting Defendants have sold products infringing directly and/or indirectly the following patented design (the "DYSON Design") and are therefore liable for patent infringement (35 U.S.C. § 271).

| Patent Number | Claim | Issue Date |
|---|---|---|
| D853,642 | [Figures 1–7 depicting the patented design] | July 9, 2019 |

Accordingly, this Court orders that DYSON's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by DYSON, including any reproduction, copy or colorable imitation of the design claimed in the DYSON Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the DYSON Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell goods infringing the DYSON Design.

3. Upon DYSON's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of goods infringing the DYSON Design.

4. Pursuant to 35 U.S.C. § 289, DYSON is awarded profits from each of the Defaulting Defendants for infringing use of the DYSON Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the awards identified on Schedule B attached hereto.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the profits awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the profits awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to DYSON as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to DYSON the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

4

7. Until DYSON has recovered full payment of monies owed to it by any Defaulting Defendant, DYSON shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that DYSON identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, DYSON may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Giles Samuel Lane and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The two hundred eleven thousand dollar ($211,000.00) surety bond posted by DYSON is hereby released to DYSON or its counsel, Greer, Burns & Crain, Ltd, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to DYSON or its counsel plus any accrued interest.

This is a Default Judgment.

Date: January 25, 2022

John J. Tharp, Jr.
United States District Judge

## Schedule A

| **Defendant Online Marketplaces** |||
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | aicnly02.en.alibaba.com | Yiyoumi (Shenzhen) Electronic Commerce Co., Ltd |
| 2 | bimitation.en.alibaba.com | Bidasheng Development Trading (Shenzhen) Co., Ltd |
| 3 | DISMISSED | DISMISSED |
| 4 | cn1524366138nmny.en.alibaba.com | Ningbo Myhorizon Network Technology Co., Ltd |
| 5 | cobee.en.alibaba.com | Ningbo Cobee Electric Co., Ltd |
| 6 | DISMISSED | DISMISSED |
| 7 | dooda.en.alibaba.com | Ningbo Dooda Electronic Technology Co., Ltd |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | hzhrjck.en.alibaba.com | Hangzhou Hongrui Import & Export Trading Co., Ltd |
| 11 | insovision.en.alibaba.com | Shenzhen Insovision Technology Co., Ltd |
| 12 | jesurun2021.en.alibaba.com | Shenzhen Jesurun Technology Co., Ltd |
| 13 | jianingdz.en.alibaba.com | Wenzhou Jianing Electronic Commerce Co. Ltd |
| 14 | DISMISSED | DISMISSED |
| 15 | noaging.en.alibaba.com | Cinderella Intelligent Technology (Shenzhen) Co., Ltd |
| 16 | omyg.en.alibaba.com | Shenzhen Oumei Yigou Ecommerce Co., Limited |
| 17 | seeyourprettytoo.en.alibaba.com | Guangzhou Seeyourpretty Medical Beauty Technology Co., Ltd |
| 18 | serendy.en.alibaba.com | Shenzhen Sarady Technology Co., Ltd |
| 19 | starkey.en.alibaba.com | Xiamen Star Key Technology Co., Ltd |
| 20 | szsenwell.en.alibaba.com | Shenzhen Senwellgrand Technology Co., Ltd |
| 21 | DISMISSED | DISMISSED |
| 22 | welltop1.en.alibaba.com | Guangzhou Welltop Electronic Ltd |
| 23 | wtotech.en.alibaba.com | Wenzhou Wto Tech Co., Ltd |
| 24 | yihaoltd.en.alibaba.com | Shantou Dongfang Yihao Electronic Technology Co., Ltd |
| 25 | yiyatech.en.alibaba.com | Shenzhen Yiya Technology Co., Ltd |

| | | |
|---|---|---|
| 26 | ymcosmetic.en.alibaba.co | Shenzhen YM Cosmetics Co., Ltd |
| 27 | youki.en.alibaba.com | Ningbo Youki Unite Imp& Exp Co., Ltd |
| 28 | youle999.en.alibaba.com | Shenzhen Liminsheng Household Products Co., Ltd |
| 29 | youniha.en.alibaba.com | Shenzhen Younihao Technology Co., Ltd |
| 30 | ysensetech.en.alibaba.com | Guangzhou Y-Sense Technology Co., Ltd |
| 31 | zhizhenda.en.alibaba.com | Shenzhen Zhizhenda Electronic Technology Co., Ltd |
| 32 | aliexpress.com/store/1111779 | WT Hair BT Store |
| 33 | aliexpress.com/store/1422089 | WEIDZ 168 Store |
| 34 | aliexpress.com/store/1929321 | Red Dieny Store |
| 35 | aliexpress.com/store/2630019 | shopee dropshipping Store |
| 36 | aliexpress.com/store/2666126 | Shop2666126 Store |
| 37 | aliexpress.com/store/2791008 | Freelife Dropshipping Store |
| 38 | aliexpress.com/store/2935038 | JJ Liang Store |
| 39 | aliexpress.com/store/3130011 | Beautiful FaceCare Store |
| 40 | aliexpress.com/store/3219117 | Comfortable&Neatly Store |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | aliexpress.com/store/4475012 | Shop4475012 Store |
| 44 | aliexpress.com/store/4508044 | Salons factory Store |
| 45 | aliexpress.com/store/5085266 | Shop5085266 Store |
| 46 | aliexpress.com/store/5142052 | Professional SkinCare Store |
| 47 | DISMISSED | DISMISSED |
| 48 | aliexpress.com/store/5200035 | Shop5200035 Store |
| 49 | DISMISSED | DISMISSED |
| 50 | aliexpress.com/store/5717047 | Straightening & Curling Dropshipping Store |
| 51 | aliexpress.com/store/5719024 | Unique WT Life Store |
| 52 | aliexpress.com/store/5730147 | YEINDBOO Store |
| 53 | aliexpress.com/store/5736093 | Merati Store |
| 54 | DISMISSED | DISMISSED |
| 55 | aliexpress.com/store/5872339 | autocure Official Store |
| 56 | aliexpress.com/store/900243466 | UPRO Personal Care Store |
| 57 | aliexpress.com/store/910334046 | Ti mi Store |
| 58 | aliexpress.com/store/910370086 | Wavy Girl Store |
| 59 | aliexpress.com/store/910722152 | UKLISS Official Store |
| 60 | aliexpress.com/store/911049072 | Shop911049072 Store |
| 61 | aliexpress.com/store/911051254 | YUNTAI Makeup Tools Store |
| 62 | aliexpress.com/store/911065029 | BestAccompany For You Store |

| 63 | aliexpress.com/store/911135189 | Ton Store |
|---|---|---|
| 64 | aliexpress.com/store/911227081 | Shop911227081 Store |
| 65 | aliexpress.com/store/911237057 | YZ pets products Store |
| 66 | aliexpress.com/store/911251126 | Make US Shine Store |
| 67 | aliexpress.com/store/911260186 | BS Beauty-life Store |
| 68 | DISMISSED | DISMISSED |
| 69 | aliexpress.com/store/911376022 | BigBig-Pretty Store |
| 70 | aliexpress.com/store/911457078 | BT hair Store |
| 71 | aliexpress.com/store/911522009 | Shop911522009 Store |
| 72 | DISMISSED | DISMISSED |
| 73 | DISMISSED | DISMISSED |
| 74 | aliexpress.com/store/911714295 | UKLISS Global Store |
| 75 | aliexpress.com/store/911716132 | DUBeauty Store |
| 76 | aliexpress.com/store/911738195 | UKLISS Dropshipping Store |
| 77 | aliexpress.com/store/911748727 | VGR Ali Store |
| 78 | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |
| 81 | aliexpress.com/store/911771893 | Airwrap Store |
| 82 | aliexpress.com/store/911779020 | ZHAOYAO Personal Care Appliance Store |
| 83 | aliexpress.com/store/911797406 | merati Official Store |
| 84 | aliexpress.com/store/911914110 | Beautiful Girl-A Store |
| 85 | aliexpress.com/store/911915111 | JKO Personal Care Official Store |
| 86 | aliexpress.com/store/911934827 | Blieve Store |
| 87 | aliexpress.com/store/911935686 | No.24 Jersey Kb Store |
| 88 | aliexpress.com/store/911940088 | FEMININE BEAUTY Boutique Store |
| 89 | aliexpress.com/store/911962015 | Boosoo Store |
| 90 | aliexpress.com/store/911971042 | h&h joys Store |
| 91 | aliexpress.com/store/912027200 | Qirok Store |
| 92 | aliexpress.com/store/912058358 | MAY-OLINE Store |
| 93 | aliexpress.com/store/912059533 | i-Beauty Personal Care Store |
| 94 | DISMISSED | DISMISSED |
| 95 | aliexpress.com/store/912065213 | Good hair day Store |
| 96 | aliexpress.com/store/912114181 | beauideala Store |
| 97 | aliexpress.com/store/912137025 | XunMei Store |
| 98 | aliexpress.com/store/912141044 | ORM Factory Store |
| 99 | aliexpress.com/store/912177685 | FEMININE BEAUTY Jane hui Store |
| 100 | aliexpress.com/store/912181685 | 6 5000 Quadrangular margin Store |
| 101 | aliexpress.com/store/912184884 | Global Dropshipping Care Store |
| 102 | aliexpress.com/store/912186239 | MFMhoha Store |
| 103 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 104 | aliexpress.com/store/912193469 | KIKILISS Store |
| 105 | aliexpress.com/store/912227413 | SundayXS Store |
| 106 | aliexpress.com/store/912237414 | QY Life hall Store |
| 107 | aliexpress.com/store/912244389 | Tianlu and Zhaocai shop Store |
| 108 | aliexpress.com/store/912269408 | Discount on goods Store |
| 109 | aliexpress.com/store/912304257 | Global tesco, Store |
| 110 | aliexpress.com/store/912325142 | ORM Directly Store |
| 111 | aliexpress.com/store/912327022 | UKLISS Expedited Store |
| 112 | aliexpress.com/store/912333549 | Makeup shop Store |
| 113 | aliexpress.com/store/912354683 | TC@HouseLife Store |
| 114 | DISMISSED | DISMISSED |
| 115 | amazon.com/sp?seller=A10C16GXVL2YHP | Diyibeicha |
| 116 | amazon.com/sp?seller=A134EPRZLI1ATW | lvliangshilishiquchengyuanhuwaiyongpindian |
| 117 | amazon.com/sp?seller=A13GL6SQV61FWS | BEATYsweets STORE |
| 118 | DISMISSED | DISMISSED |
| 119 | amazon.com/sp?seller=A18P0MYW4X3NVT | LingShiXianCuiFengZhenYaoDuRiHeBaiHuoJingYingBu |
| 120 | amazon.com/sp?seller=A1BMUQ07PIP1S | Happy & sweet |
| 121 | amazon.com/sp?seller=A1CSU77QTKN67Y | JUMAIXIN |
| 122 | DISMISSED | DISMISSED |
| 123 | amazon.com/sp?seller=A1E191MZJJ7YFV | mdhuoseware |
| 124 | amazon.com/sp?seller=A1JLPQBMIUXN07 | zhaojinjie |
| 125 | amazon.com/sp?seller=A1LS88CU9BDEWQ | LTR-No.1 |
| 126 | amazon.com/sp?seller=A1NTTRTPDFKF06 | Run666store |
| 127 | amazon.com/sp?seller=A1Z58VZ5SFZMAJ | efang |
| 128 | amazon.com/sp?seller=A1Z6204QVO0JPK | HuanHHGG |
| 129 | amazon.com/sp?seller=A1ZRN6ONWR97GY | zhengzhouruiche |
| 130 | amazon.com/sp?seller=A25GQWWNPQZ2KR | GNLUNF |
| 131 | amazon.com/sp?seller=A25TL9FAT610T9 | FuTaiKang |
| 132 | amazon.com/sp?seller=A277FJPAD72STO | MIB-US |
| 133 | DISMISSED | DISMISSED |
| 134 | DISMISSED | DISMISSED |
| 135 | amazon.com/sp?seller=A2H2DY1IZ6DXLK | Summeishop |
| 136 | amazon.com/sp?seller=A2H2V8IL0QF9L6 | Alisasing |
| 137 | amazon.com/sp?seller=A2HB4MGH050XX0 | toyanan |
| 138 | amazon.com/sp?seller=A2HM5HQYI06TLH | wanglongfeng |
| 139 | amazon.com/sp?seller=A2K5BXNOUWJV7 | LAIJUNISU |
| 140 | amazon.com/sp?seller=A2KI8US0NLMF1E | Jingzhoushimaidongdianzishangwuyouxiangongsi |
| 141 | amazon.com/sp?seller=A2KZRNB8SKVQ13 | Wu Qiang Qiang |
| 142 | amazon.com/sp?seller=A2L3TTJ3Q2AT5B | ZhangDongLiang1 |

| 143 | amazon.com/sp?seller=A2LSKZ9R5K658I | BOOLLCLORY |
|---|---|---|
| 144 | amazon.com/sp?seller=A2O55EYRRQ3285 | qingmuhedianzi |
| 145 | amazon.com/sp?seller=A2O5PCY1VYPYAO | Everoity-123 |
| 146 | amazon.com/sp?seller=A2PTP7UMPK34SL | guangzhoujiangsongshangmaoyouxian |
| 147 | DISMISSED | DISMISSED |
| 148 | DISMISSED | DISMISSED |
| 149 | amazon.com/sp?seller=A2TH06F0BJI3L9 | KPOUYTSD |
| 150 | DISMISSED | DISMISSED |
| 151 | amazon.com/sp?seller=A2XLBGBKHACYML | luohekangqiushangmaoyouxiangongsi |
| 152 | amazon.com/sp?seller=A2ZB8BBYBJJHPX | shengcaishengcai |
| 153 | amazon.com/sp?seller=A30573E5SZSDDY | shenzhenshisanzhengshidaikejiyouxiangongsi |
| 154 | amazon.com/sp?seller=A30TVY0G9EJY0P | SEPTEB |
| 155 | amazon.com/sp?seller=A37N1L6Q50ARNT | V-ambm |
| 156 | amazon.com/sp?seller=A39G0JG26JUBV5 | A39G0JG26JUBV5 |
| 157 | amazon.com/sp?seller=A3EZA8ME5VYNAS | LH3NO1 |
| 158 | amazon.com/sp?seller=A3I2KRRRG9E7DM | KUO JIA |
| 159 | amazon.com/sp?seller=A3I4T6ZKOVLOUF | Arcalass |
| 160 | amazon.com/sp?seller=A3MV8TKKOSWTX8 | MTQYMXST |
| 161 | amazon.com/sp?seller=A3N2ZVTZ0V833W | STWACU |
| 162 | amazon.com/sp?seller=A3P1H2DWD8QW8X | Full of surprises |
| 163 | DISMISSED | DISMISSED |
| 164 | amazon.com/sp?seller=A3QGKSUBV071X5 | basicer |
| 165 | DISMISSED | DISMISSED |
| 166 | amazon.com/sp?seller=AB5QMDQMZP5IX | ZZRT Chain Store |
| 167 | amazon.com/sp?seller=AIDM4POGNYCWV | andyusa |
| 168 | amazon.com/sp?seller=AKWTVP5QRJFSV | Cmbsya-NA |
| 169 | DISMISSED | DISMISSED |
| 170 | amazon.com/sp?seller=AQ8XXPY4SNM5P | XUFEI-XO |
| 171 | amazon.com/sp?seller=AU0HSSIVPJVKK | Gowsche |
| 172 | amazon.com/sp?seller=AVDKJ59S1N1FB | Baoyilai |
| 173 | amazon.com/sp?seller=AVFB348CNADQT | GHJK Ltd |
| 174 | amazon.com/sp?seller=AVPP7MJME80FD | DDLme |
| 175 | DISMISSED | DISMISSED |
| 176 | DISMISSED | DISMISSED |
| 177 | DISMISSED | DISMISSED |
| 178 | DISMISSED | DISMISSED |
| 179 | DISMISSED | DISMISSED |
| 180 | DISMISSED | DISMISSED |
| 181 | DISMISSED | DISMISSED |
| 182 | dhgate.com/store/20811953 | ghl520lsl |

| 183 | DISMISSED | DISMISSED |
|---|---|---|
| 184 | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED |
| 186 | ebay.com/usr/huahua_yud | huahua_yud |
| 187 | ebay.com/usr/king999ka | king999ka |
| 188 | ebay.com/usr/tablet-express | tablet-express |
| 189 | DISMISSED | DISMISSED |
| 190 | ebay.com/usr/ywandand | ywandand |
| 191 | DISMISSED | DISMISSED |
| 192 | wish.com/merchant/593ebb813525f50136428188 | keey |
| 193 | wish.com/merchant/5d401bcc838897473514a82f | CHERRYLIFE |
| 194 | wish.com/merchant/5d5fa03833f0b475c09ae24c | qzwbeauty |
| 195 | wish.com/merchant/5d5fb5d733f0b416c39a5358 | yangbeauty |
| 196 | wish.com/merchant/5da53bfd27c7b4585e7c1f9e | clbeauty |
| 197 | wish.com/merchant/5dd35c5faf8da49c01e9d40c | dllife |
| 198 | wish.com/merchant/5dd4f50288f1f3038377bafe | SBYQ |
| 199 | wish.com/merchant/5df36a66dc647816987c0f43 | liaozhiqiang123 |
| 200 | wish.com/merchant/5e37b2d999c71044e41e9314 | liugaoli |
| 201 | wish.com/merchant/5ea536e4e3501b60c67f711a | yuanbeauty |
| 202 | wish.com/merchant/5ebe1358c903151b052081fd | yongbeauty |
| 203 | wish.com/merchant/5f0fd61fcd08d9a90b4eeeb9 | libeauty |
| 204 | wish.com/merchant/5f22406cba3cea4e4066da8b | zhangxueqiang0622 |
| 205 | wish.com/merchant/5f237dccbe9ccd32a956c78b | xiewogui159357 |
| 206 | wish.com/merchant/5f9921bd9922be087a9d51d0 | Very elegant |
| 207 | wish.com/merchant/6007b401184e634028c364b9 | laiguanbeauty |
| 208 | wish.com/merchant/6038aabdb8a33c66d1cfd392 | zoubeauty |
| 209 | wish.com/merchant/605c34e2bf2bfe5cb7002da6 | CWkaya6 |

11

| 210 | wish.com/merchant/6062bbd5db2be20c698bf036 | guibaolin36994604 |
| --- | --- | --- |
| 211 | wish.com/merchant/6064370fb5adf6329bfa5ea6 | lijinrui321 |

**Schedule B**

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| Bidasheng Development Trading (Shenzhen) Co., Ltd | $250 |
| Cinderella Intelligent Technology (Shenzhen) Co., Ltd | $250 |
| Guangzhou Seeyourpretty Medical Beauty Technology Co., Ltd | $250 |
| Guangzhou Welltop Electronic Ltd | $250 |
| Guangzhou Y-Sense Technology Co., Ltd | $250 |
| Hangzhou Hongrui Import & Export Trading Co., Ltd | $250 |
| Ningbo Cobee Electric Co., Ltd | $250 |
| Ningbo Myhorizon Network Technology Co., Ltd | $250 |
| Ningbo Youki Unite Imp& Exp Co., Ltd | $250 |
| Shantou Dongfang Yihao Electronic Technology Co., Ltd | $250 |
| Shenzhen Insovision Technology Co., Ltd | $250 |
| Shenzhen Jesurun Technology Co., Ltd | $250 |
| Shenzhen Liminsheng Household Products Co., Ltd | $250 |
| Shenzhen Oumei Yigou Ecommerce Co., Limited | $250 |
| Shenzhen Yiya Technology Co., Ltd | $250 |
| Shenzhen YM Cosmetics Co., Ltd | $250 |
| Shenzhen Younihao Technology Co., Ltd | $250 |
| Shenzhen Zhizhenda Electronic Technology Co., Ltd | $250 |
| Wenzhou Jianing Electronic Commerce Co. Ltd | $250 |
| Wenzhou Wto Tech Co., Ltd | $250 |
| Xiamen Star Key Technology Co., Ltd | $250 |
| Yiyoumi (Shenzhen) Electronic Commerce Co., Ltd | $250 |
| Beautiful Girl-A Store | $250 |
| FEMININE BEAUTY Boutique Store | $250 |
| MFMhoha Store | $250 |
| TC@HouseLife Store | $250 |
| XunMei Store | $250 |
| Blieve Store | $1,060 |
| Shop911049072 Store | $1,070 |
| Comfortable&Neatly Store | $1,071 |
| Shop4475012 Store | $1,152 |
| Good hair day Store | $1,158 |
| JJ Liang Store | $1,363 |
| SundayXS Store | $1,564 |
| YEINDBOO Store | $1,632 |
| Tianlu and Zhaocai shop Store | $1,720 |
| BigBig-Pretty Store | $1,951 |
| UKLISS Expedited Store | $1,954 |
| h&h joys Store | $250 |
| WT Hair BT Store | $12,162 |

13

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| DUBeauty Store | $250 |
| MAY-OLINE Store | $13,528 |
| Global tesco, Store | $250 |
| VGR Ali Store | $250 |
| Shop5200035 Store | $2,023 |
| beauideala Store | $2,132 |
| YZ pets products Store | $2,141 |
| ORM Directly Store | $2,347 |
| JKO Personal Care Official Store | $2,361 |
| ORM Factory Store | $2,523 |
| Unique WT Life Store | $2,989 |
| FEMININE BEAUTY Jane hui Store | $250 |
| Shop911227081 Store | $250 |
| BestAccompany For You Store | $250 |
| QY Life hall Store | $250 |
| Makeup shop Store | $268 |
| Discount on goods Store | $250 |
| Shop5085266 Store | $275 |
| Shop911522009 Store | $297 |
| BT hair Store | $3,483 |
| Straightening & Curling Dropshipping Store | $3,726 |
| UKLISS Global Store | $3,978 |
| No.24 Jersey Kb Store | $250 |
| Red Dieny Store | $250 |
| BS Beauty-life Store | $355 |
| 6 5000 Quadrangular margin Store | $364 |
| KIKILISS Store | $389 |
| shopee dropshipping Store | $4,633 |
| Make US Shine Store | $4,696 |
| UKLISS Dropshipping Store | $4,762 |
| Shop2666126 Store | $451 |
| Salons factory Store | $5,106 |
| Merati Store | $5,603 |
| i-Beauty Personal Care Store | $5,931 |
| Qirok Store | $545 |
| merati Official Store | $6,074 |
| Ton Store | $614 |
| Wavy Girl Store | $639 |
| autocure Official Store | $642 |
| Boosoo Store | $673 |
| Airwrap Store | $250 |
| ZHAOYAO Personal Care Appliance Store | $250 |

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| Global Dropshipping Care Store | $250 |
| UKLISS Official Store | $7,371 |
| Freelife Dropshipping Store | $721 |
| Beautiful FaceCare Store | $250 |
| Ti mi Store | $250 |
| UPRO Personal Care Store | $916 |
| YUNTAI Makeup Tools Store | $993 |
| Shenzhen Sarady Technology Co., Ltd | $250 |
| Shenzhen Senwellgrand Technology Co., Ltd | $250 |
| Ningbo Dooda Electronic Technology Co., Ltd | $2,044 |
| Professional SkinCare Store | $285 |
| WEIDZ 168 Store | $6,282 |
| ghl520lsl | $250 |
| A39G0JG26JUBV5 | $771 |
| Alisasing | $13,963 |
| andyusa | $346 |
| Arcalass | $22,677 |
| Baoyilai | $917 |
| basicer | $434 |
| BEATYsweets STORE | $250 |
| BOOLLCLORY | $305 |
| Cmbsya-NA | $917 |
| DDLme | $250 |
| Diyibeicha | $502 |
| efang | $250 |
| Everoity-123 | $250 |
| Full of surprises | $250 |
| FuTaiKang | $6,974 |
| GHJK Ltd | $4,797 |
| GNLUNF | $604 |
| Gowsche | $250 |
| guangzhoujiangsongshangmaoyouxian | $3,245 |
| Happy & sweet | $250 |
| HuanHHGG | $17,999 |
| Jingzhoushimaidongdianzishangwuyouxiangongsi | $250 |
| JUMAIXIN | $1,152 |
| KPOUYTSD | $325 |
| KUO JIA | $2,532 |
| LAIJUNISU | $851 |
| LH3NO1 | $250 |
| LingShiXianCuiFengZhenYaoDuRiHeBaiHuoJingYingBu | $1,139 |
| LTR-No.1 | $250 |

15

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| luohekangqiushangmaoyouxiangongsi | $2,762 |
| lvliangshilishiquchengyuanhuwaiyongpindian | $1,243 |
| mdhuoseware | $6,138 |
| MIB-US | $250 |
| MTQYMXST | $1,735 |
| qingmuhedianzi | $384 |
| Run666store | $250 |
| SEPTEB | $250 |
| shengcaishengcai | $2,272 |
| shenzhenshisanzhengshidaikejiyouxiangongsi | $392 |
| STWACU | $415 |
| Summeishop | $807 |
| toyanan | $12,888 |
| V-ambm | $7,016 |
| wanglongfeng | $250 |
| Wu Qiang Qiang | $449 |
| XUFEI-XO | $250 |
| ZhangDongLiang1 | $373 |
| zhaojinjie | $250 |
| zhengzhouruiche | $340 |
| ZZRT Chain Store | $7,851 |
| huahua_yud | $330 |
| king999ka | $454 |
| tablet-express | $625 |
| ywandand | $250 |
| keey | $1,124 |
| CHERRYLIFE | $602 |
| qzwbeauty | $3,491 |
| yangbeauty | $2,464 |
| clbeauty | $388 |
| dllife | $735 |
| SBYQ | $1,169 |
| liaozhiqiang123 | $451 |
| liugaoli | $3,104 |
| yuanbeauty | $2,434 |
| yongbeauty | $2,262 |
| libeauty | $1,930 |
| zhangxueqiang0622 | $7,720 |
| xiewogui159357 | $3,558 |
| Very elegant | $3,455 |
| laiguanbeauty | $7,133 |
| zoubeauty | $250 |

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| CWkaya6 | $1,082 |
| guibaolin36994604 | $1,017 |
| lijinrui321 | $350 |